CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
Philippe A. Lebel (SBN 274032)
Philippe.lebel@dbr.com
RAMON A. MIYAR (SBN 284990)
ramon.miyar@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:	(415) 591-7500
Facsimile:	(415) 591-7510

Attorneys for Defendants
KAPLAN INC.
KAPLAN HIGHER EDUCATION CORPORATION and
KAPLAN HIGHER EDUCATION, LLC.

Joseph W. Rose (SBN 232261)
Lisa L. Bradner (SBN 197952)
Mehran Tahoori (SBN 283313)
Rose Law
A Professional Corporation
11335 Gold Express Dr., Ste. 135
Gold River, CA 95670
Tel: (916) 273-1260
Fax: (916) 290-0148
Legalteam@joeroselaw.com

Attorneys for Plaintiff
Hany Nasrallah

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANY NASRALLAH,<br><br>             Plaintiff,<br><br>    v.<br><br>KAPLAN INC., AND DOES 1-10,<br><br>             Defendants. | Case No. 2:15-CV-01010-WBS-EFB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
83842734.1

CASE NO. 2:15-CV-01010-WBS-EFB

Pursuant to Eastern District of California Local Rule 144(a), Plaintiff HANY NASRALLAH and Defendants KAPLAN, INC., KAPLAN HIGHER EDUCATION CORPORATION and KAPLAN HIGHER EDUCATION, LLC, through their respective counsel of record, hereby agree and stipulate that Defendants' deadline to file a responsive pleading to Plaintiff's First Amended Complaint is continued from December 31, 2015 to January 8, 2016.

Dated: December 30, 2015         DRINKER BIDDLE & REATH LLP

By: */s/ Cheryl D. Orr*
    Cheryl D. Orr
    Philippe A. Lebel
    Ramon A. Miyar

Attorneys for Defendant
KAPLAN INC.
KAPLAN HIGHER EDUCATION CORPORATION and
KAPLAN HIGHER EDUCATION, LLC.

Dated: December 30, 2015         ROSE LAW, A PROFESSIONAL CORPORATION

By: */s/ Lisa L. Bradner*
    Joseph W. Rose
    Lisa L. Bradner
    Mehran Tahoori

Attorneys for Plaintiff
HANY NASRALLAH

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
83842734.1
- 2 -
CASE NO. 2:15-CV-01010-WBS-EFB

# ORDER

**GOOD CAUSE APPEARING THEREFOR**, the Court hereby approves the Stipulation extending Defendants' deadline to file a responsive pleading to Plaintiff's First Amended Complaint from December 31, 2015 to January 8, 2016.

**IT IS SO ORDERED**.

Dated: December 31, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER
83842734.1

- 3 -

CASE NO. 2:15-CV-01010-WBS-EFB