Joseph W. Rose (SBN 232261)
Lisa L. Bradner (SBN 197952)
Mehran Tahoori (SBN 283313)
**ROSE LAW**
**A PROFESSIONAL CORPORATION**
11335 Gold Express Dr., Ste. 135
Gold River, CA 95670
Tel (916) 273-1260
Fax (916) 290-0148
Legalteam@joeroselaw.com

Attorneys for Plaintiff
HANY NASRALLAH

Cheryl D. Orr (SBN 143196)
Philippe A. Lebel (SBN 274032)
**DRINKER BIDDLE & REATH LLP**
50 Fremont St., 20th Floor
San Francisco, CA 94105-2235
Tel (415) 591-7500
Fax (415) 591-7510
cheryl.orr@dbr.com
philippe.lebel@dbr.com

Attorneys for Defendant
KAPLAN INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANY NASRALLAH, | CASE NO.: 2:15-CV-01010-WBS-EFB |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE TO DISCLOSE EXPERTS AND PRODUCE EXPERT REPORTS PURSUANT TO FRCP 26(a)(2) AND [PROPOSED] ORDER** |
| KAPLAN INC., AND DOES 1-10, | |
| Defendants. | |
| _____/ | |

Plaintiff HANY NASRALLAH, and Defendants KAPLAN INC., KAPLAN HIGHER EDUCATION, LLC AND KAPLAN, HIGHER EDUCATION CORPORATION, through their respective counsel of record, hereby stipulate to the following:

-1-

The deadline to disclose experts and produce expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be extended to April 29, 2016.

DATED:  February 12, 2016            **ROSE LAW**
                                     **A PROFESSIONAL CORPORATION**


                                     By:  */s/ Lisa L. Bradner*
                                          JOSEPH W. ROSE
                                          MEHRAN TAHOORI

                                          Attorneys for Plaintiff
                                          HANY NASRALLAH

DATED:  February 12, 2016            **DRINKER BIDDLE & REATH LLP**


                                     By:  */s/ Cheryl D. Orr*
                                          CHERYL D. ORR
                                          PHILIPPE A. LEBEL

                                          Attorneys for Defendants
                                          KAPLAN INC., KAPLAN HIGHER
                                          EDUCATION, LLC AND KAPLAN
                                          HIGHER EDUCATION CORPORATION

**IT IS SO ORDERED.**

DATED: February 24, 2016.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ROSE LAW, A PROFESSIONAL CORPORATION
11335 GOLD EXPRESS DRIVE, SUITE 135
GOLD RIVER, CALIFORNIA 95670
(916) 273-1260

–2–

**STIPULATION TO EXTEND DEADLINE TO DISCLOSE EXPERTS AND PRODUCE EXPERT REPORTS AND [PROPOSED] ORDER**
**CASE NO. 2:15-CV-01010-WBS-EFB**