Joseph W. Rose (SBN 232261)
Lisa L. Bradner (SBN 197952)
Mehran Tahoori (SBN 283313)
Rose Law
A Professional Corporation
11335 Gold Express Dr., Ste. 135
Gold River, CA 95670
Tel: (916) 273-1260
Fax: (916) 290-0148
Legalteam@joeroselaw.com

Attorneys for Plaintiff
Hany Nasrallah

CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
PHILIPPE A. LEBEL (SBN 274032)
Philippe.lebel@dbr.com
RAMON A. MIYAR (SBN 284990)
ramon.miyar@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510

Attorneys for Defendants
KAPLAN INC.
KAPLAN HIGHER EDUCATION
CORPORATION and
KAPLAN HIGHER EDUCATION, LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANY NASRALLAH,<br><br>                Plaintiff,<br><br>        v.<br><br>KAPLAN INC., AND DOES 1-10,<br><br>                Defendants. | Case No. 2:15-CV-01010-WBS-EFB<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO COMPLETE DISCOVERY** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING
DEADLINE TO COMPLETE DISCOVERY
84911682.1

CASE NO. 2:15-CV-01010-WBS-EFB

Plaintiff Hany Nasrallah, and Defendants Kaplan, Inc., Kaplan Higher Education, LLC, and Kaplan Higher Education Corporation (collectively, the "Parties"), through their respective counsel, hereby submit the following stipulation:

WHEREAS, the Court set this matter for trial on November 15, 2016 in its Pre-Trial Scheduling Order of August 18, 2015 ("Scheduling Order") (ECF No. 8);

WHEREAS, the Scheduling Order provides that all discovery, including depositions, must be completed no later than May 31, 2016;

WHEREAS, the Scheduling Order defined "completed" to mean that "all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed";

WHEREAS, the Parties have exchanged an initial round of written discovery, and are in the process of meeting and conferring regarding their respective responses;

WHEREAS, Defendant Kaplan Higher Education, LLC ("KHE") took the deposition of Plaintiff Hany Nasrallah ("Plaintiff") on March 14, 2016;

WHEREAS, Plaintiff's deposition was the first deposition taken in this action, and the Parties are meeting and conferring for the purpose of scheduling the depositions of other witnesses with knowledge of facts relevant to this litigation;

WHEREAS, the Parties agree that additional time will be necessary to propound further written discovery and to complete the above-referenced depositions.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The deadline to complete all discovery, currently May 31, 2016, shall be extended to August 31, 2016. "Complete," as used in this Stipulation, shall have the same definition as set forth in the Court's Scheduling Order.

2. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the Eastern District of California's local rules, such that any such motions may be heard (and any resulting orders obeyed) not later than August 31, 2016.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING
DEADLINE TO COMPLETE DISCOVERY
84911682.1
- 2 -
CASE NO. 2:15-CV-01010-WBS-EFB

1  IT IS SO STIPULATED.

2  Dated: March 24, 2016                           DRINKER BIDDLE & REATH LLP

4                                                   By: /s/ *Cheryl D. Orr*
5                                                       Cheryl D. Orr
                                                         Philippe A. Lebel
6                                                        Ramon A. Miyar

7                                                   Attorneys for Defendant
                                                     KAPLAN INC.
8                                                    KAPLAN HIGHER EDUCATION
                                                     CORPORATION and
9                                                    KAPLAN HIGHER EDUCATION, LLC.

11 Dated: March 24, 2016                           ROSE LAW, A PROFESSIONAL CORPORATION

13                                                  By:/s/ *Lisa L. Bradner* (as authorized on 3/24/2016)
14                                                      Joseph W. Rose
                                                         Lisa L. Bradner
15                                                       Mehran Tahoori

16                                                  Attorneys for Plaintiff
                                                     HANY NASRALLAH

---

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY
84911682.1

- 3 -

CASE NO. 2:15-CV-01010-WBS-EFB

**ORDER**

Upon consideration of the Stipulation Extending the Deadline to Complete Discovery, jointly submitted by Plaintiff Hany Nasrallah, and Defendants Kaplan, Inc., Kaplan Higher Education, LLC, and Kaplan Higher Education Corporation, and for good cause shown, the Court hereby ORDERS as follows:

1. The deadline to complete all discovery, currently May 31, 2016, is hereby extended to August 31, 2016. "Complete," as used in this order, shall have the same definition as set forth in the Court's Scheduling Order (ECF No. 8).

2. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the Eastern District of California's local rules, such that any such motions may be heard (and any resulting orders obeyed) not later than August 31, 2016.

**IT IS SO ORDERED**.

Dated: March 25, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY
84911682.1

- 4 -

CASE NO. 2:15-CV-01010-WBS-EFB