UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hany Hasrallah , <br><br>           Plaintiff, <br><br>   v. <br><br>Kaplan, Inc., <br><br>           Defendant. | Case No. 2:15-cv-1010 WBS EFB <br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED**  judgment is hereby ENTERED pursuant to the Notice of Acceptance of FRCP Rule 68(a) Offer of Judgment filed on 5/4/16.

May 05, 2016                                                        MARIANNE MATHERLY, CLERK

                                                                                                        By: /s/ T. Jackson, Deputy Clerk